# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FREDRICT SANDERS,**
        **Plaintiff,**

    v.                                                          Case No. 15-CV-284

**NP BOWEN, and**
**J. BARKER,**
        **Defendants,**

## DECISION AND ORDER

On August 6, 2015, I entered a Scheduling Order that provided a discovery deadline of November 9, 2015, and a dispositive motion deadline of December 9, 2015. On November 2, 2015, plaintiff filed a motion for extension of time and motion to compel. He asks for additional time to complete discovery. Plaintiff wants time to receive discovery responses from defendants and consider whether he needs to file a motion to compel. He also believes he needs additional time to obtain affidavits from witnesses, some of whom are inmates who have been transferred to other prisons or staff members who have changed jobs. Defendants did not respond to plaintiff's motions.

It is in the best interest of the parties and the court for plaintiff to complete his discovery before motions for summary judgment are filed. I consider this good cause for an extension of the discovery deadline and the dispositive motion deadline.

I note that plaintiff's motion was docketed as two separate motions: a motion for extension of time and a motion to compel. However, a closer reading of the motion reveals that plaintiff does not seek to compel any discovery at this time. Rather, he wants an extension of both (1) time to complete discovery and (2) time to file a motion to compel.

Plaintiff may file a motion to compel any time before the close of discovery, though I remind him to review the requirements of Federal Rule of Civil Procedure 37 and Civil Local Rule 37 (E.D. Wis.).

**THEREFORE, IT IS ORDERED** that plaintiff's motion for extension of time to complete discovery (Docket #16) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for extension of time to file motion to compel (Docket #16) is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery shall be served in time to be completed by **January 11, 2016**.

**IT IS ALSO ORDERED** that all dispositive motions shall be filed on or before **February 11, 2016**.

Dated at Milwaukee, Wisconsin, this 3rd day of December, 2015.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge