# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**FREDRICT SANDERS,**

    **Plaintiff,**

  v.                                             Case No. 15-CV-284

**NANCY BOWENS and**
**J. BARKER,**

    **Defendants.**

## ORDER

Defendants Jamie Barker and Nancy Bowens filed their motion for summary judgment on February 11, 2016. On March 23, 2016, and May 4, 2016, I denied plaintiff's motions to appoint counsel, but each time I gave plaintiff additional time to file his response to the motion for summary judgment. In the May 4, 2016, Order, I directed plaintiff to file his response to defendants' motion on or before Tuesday, May 31, 2016, and I advised plaintiff that failure to file a time response would result in dismissal of this action pursuant to Civil Local Rule 41(c).

Instead of filing a response to defendants' motion, plaintiff filed a motion for dismissal of his claims and dismissal of all defendants. He asks me to dismiss this case without prejudice so that he may bring his claims again in the future with the assistance of counsel. Defendants did not respond to the motion for voluntary dismissal without prejudice. Therefore, I will grant plaintiff's motion and dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

**NOW, THEREFORE, IT IS HEREBY ORDERED** that plaintiff's motion for dismissal of claim and dismissal of all defendants (Docket #37) is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 24th day of June, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge